# United States District Court
## Central District of California

### AMENDED

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**     CR 11-1164-DMG |
| **Defendant**    DAZHEN ZHENG | **Social Security No.** 3   7   8   5 |
| akas: | (Last 4 digits) |

---

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| DEC | 3 | 2012 |

**COUNSEL**        **Thomas Nishi, Appointed**

(Name of Counsel)

**PLEA**    [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.    [ ] **NOLO CONTENDERE**    [ ] **NOT GUILTY**

**FINDING**    There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:

*Conspiracy to Commit Access Device Fraud in violation of Title 18 U.S.C. §§ 1029 (b)(2) as charged in Count 1 of the Indictment. Access Device Fraud, Aiding and Abetting and Causing an Act to be Done in violation of Title 18 U.S.C. § 1029 (a)(2) as charged in Count 2 of the Indictment.*

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant, **DAZHEN ZHENG,** guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed on Counts 1 and 2 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of: **twenty-four (24) months, with each such term to run concurrently**.

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prison's Inmate Financial Responsibility Program.

It is ordered that the defendant shall pay restitution in the total amount of $205,166.47 pursuant to 18 U.S.C. § 3663A. The amount of restitution ordered shall be paid as set forth on the victim list attached to this judgment.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income, but not less than $100, whichever is greater, during the period of supervised release shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in this judgment.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(a).

The defendant shall comply with General Oder No. 01-05.

USA vs.   DAZHEN ZHENG                                    Docket No.:   CR 11-1164-DMG

Pursuant to Guideline Section 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine in addition to restitution.

Upon release from imprisonment, the defendant shall be placed on supervised release on each of Counts 1 and 2 for a term of **three years** to be served concurrently under the following terms and conditions:

1.      The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 05-02;

2.      The defendant shall not commit any violation of federal, state or local law or ordinance;

3.      During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

4.      When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform up to 20 hours of community service per week as directed by the Probation Officer;

5.      The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name; nor shall the defendant use, for any purpose or in any manner, any name other than his true legal name without the prior written approval of the Probation Officer;

6.      The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; and

7.      The defendant shall cooperate in the collection of a DNA sample from the defendant.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

The Court recommends that the defendant be assigned to a federal correctional facility in the Southern California area. The Court also recommends that the BOP assess the defendant's medical condition as soon as possible and provide such treatment as is appropriate.

The Statement of Reasons shall be provided to the United States Probation Office, U. S. Sentencing Commission, and the Bureau of Prisons.

The Court authorizes the Probation Office to disclose the Presentence Report to the Bureau of Prisons and the U. S. Sentencing Commission.

The Court informs the defendant of his right to appeal.

USA vs.   DAZHEN ZHENG                                      Docket No.:   CR 11-1164-DMG

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

December 3, 2012
_____
Date                                                        DOLLY M. GEE, United States District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

December 3, 2012                                   By   /s/ V.R. Vallery
_____                          _____
Filed Date                                                 Deputy Clerk

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

### While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;

16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

√   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set

USA vs.   DAZHEN ZHENG                                    Docket No.:   CR 11-1164-DMG

forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

    1. Special assessments pursuant to 18 U.S.C. §3013;
    2. Restitution, in this sequence:
        Private victims (individual and corporate),
        Providers of compensation to private victims,
        The United States as victim;
    3. Fine;
    4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
    5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full. These conditions are in addition to any other conditions imposed by this judgment.

USA vs.   DAZHEN ZHENG                                    Docket No.:   CR 11-1164-DMG

---

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined
on _____

Defendant delivered on _____ to _____

  at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and
Commitment.

United States Marshal

_____        By _____

Date                              Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file
in my office, and in my legal custody.

Clerk, U.S. District Court

_____        By _____

Filed Date                        Deputy Clerk

USA vs.   DAZHEN ZHENG                                   Docket No.:   CR 11-1164-DMG

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
                    Defendant                                            Date


                 _____        _____
                 U. S. Probation Officer/Designated Witness                Date

# VICTIM LIST

**Subject: DAZHEN ZHENG**

Sub-Total Financial Institutions<br>Bank Addresses

**AEON CREDIT SERVICE CO LTD**
    8TH FLOOR SUMITOMO SHOJI MITOSHIRO
    1 BRANCH KANDA MITOSHIRO
    TOKYO 1018445 JAPAN


**AMEX**


**AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED**
    75 DORCAS STREET LEVEL 5
    SOUTH MELBOURNE
    VICTORIA AUSTRALIA 3205


**BANCA SELLA HOLDING S.P.A.**
    UFF IT CIRCUITI
    C/O CED NUOVI UFFICI VIA MILANO 1
    BIELLA CHIAVAZZA ITALY 13900


**BANCO BRADESCO S.A.**
    CIDADE DE DEUS S/N PREDIO CINZA
    1 ANDAR BRADESO
    SAO PAULO 06029901 BRAZIL


**BANCO DAVIVIENDA S.A.**
    UNKNOWN


**BANCO DE COSTA RICA**
    AVENIDA CENTRAL Y SEGUNDA CALLES 4 Y 6
    SAN JOSE 10035-1000 COSTA RICA

10/04/2012

**Subject: DAZHEN ZHENG**

Sub-Total Financial Institutions<br>Bank Addresses

**BANCOLOMBIA S.A.**
CARRERRA 52 #50-20 PISO 3
MEDELLIN COLOMBIA

**BANK VTB24 (CJSC)**
35 MYASNITSKAYA STREET
MOSCOW RUSSIA FEDERATION 101000

**BANKA KOPER D.D**
PRISTANISKA ULICA 14
KOPER 6502 SLOVENIA

**BARCLAYS BANK PLC**
DALE HOUSE WAVERTREE BOULEVARD
LIVERPOOL ENGLAND UNITED KINGDOM L69 6BR

**BBVA BANCOMER S.A**
BOLIVAR #38 5 PISO
COLONIA XOCO
MEXICO DF MEXICO 06000

**CHASE BANK USA, NATIONAL ASSOCIATION**
2500 WESTFIELD DR
ELGIN IL 60123

**CITIBANK N.A.**
PO BOX 6125
SIOUX FALLS SD 57117

10/04/2012

Subject: DAZHEN ZHENG

Sub-Total Financial Institutions
Bank Addresses

**CORNER BANCA S.A.**
VIA CANOVA 16
LUGANO TICINO SWITZERLAND 6901

**CREDIT SUISSE**
NEUGASSE 18 PO BOX
HORGEN 8810 SWITZERLAND

**CREDITO EMILIANO**
C-CARD S.P.A.
VIA SANTA MARIA FULCORINA 9
MILANO ITALY 20123

**DANSKE BANK A/S**
HOLMENS KANAL 2-12
COPENHAGEN DK-1092 DENMARK

**DEUTSCHE BANK S.P.A.**
VIA M NIZZOLI 8
MILAN ITALY 20147

**DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT**
BRIENNER STRASSE 18
80333 MUNICH GERMANY

**DISCOVER FINANCIAL SERVICES LLC**
2500 LAKE COOK RD
RIVERWOODS IL 60015

10/04/2012

**Subject: DAZHEN ZHENG**

Sub-Total Financial Institutions<br>
Bank Addresses

**EURO KARTENSYSTEME GMBH**
KAISERPLTZ COMMERZBANK AG
60261 FRANKFURT/MAIN GERMANY

**EUROPAY FRANCE SAS**
44 RUE CAMBRONNE BP75740
CEDEX 15 PARIS FRANCE

**FINANSBANK A.S.**
CAD NO 11 UMRANIYE
FINANSBANK OPER
ISTANBUL TURKEY 34768

**GE MONEY BANK**
950 FORRER AVE
KETTERING OH

**HSBC BANK BRASIL S.A. - BANCO MULTIPLO**
RUA TEN FRANSICO FERREIRA DE SOUZA
2 ANDAR
CURITIBA BRAZIL 81630-010

**INTERNATIONAL CARD SERVICES B.V**
PO BOX 23225
DIEMEN NETHERLANDS 1100 DS

**INVESTEC BANK LIMITEID**
100 GRAYSTON DRIVE SANDOWN
SANDTON JOHANNESBURG SOUTH AFRICA 2146

10/04/2012

Subject: DAZHEN ZHENG

Sub-Total Financial Institutions
Bank Addresses

**J P MORGAN EUROPE LTD**
UNKNOWN

**JACCS COMPANY, LIMITED**
SUMITOMO MITSUI CARD CO LTD
1-2-20 KAIGAN
TOKYO JAPAN 105-8011

**LA BANQUE POSTALE**
EXPERIAN
RUE CLAUDE NICOLAS LEDOUX
13792 AIX EN PROVENCE FRANCE CEDEX 3

**MASTERCAJAS S.A.**
AVENIDA DE BRUSELAS 37
28028 MADRID SPAIN

**MBNA EUROPE BANK LIMITED**
CHESTER BUSINESS PARK
WREXHAM RD
CHESHIRE CH4 9FB UNITED KINGTON

**MITSUBISHI UFJ NICOS CO., LTD**
11-52 OSU 4 CHOME
CHUO-KU
NAGOYA AICHI JAPAN 460-8355

**NLB TUTUNSKA BANKA A.D. SKOPJE**
VODNJANSKA 1
SKOPJE 1000 MACEDONIA

10/04/2012

**Subject: DAZHEN ZHENG**

Sub-Total Financial Institutions
Bank Addresses

**SANTANDER CONSUMO, S.A. DE C.V. SOFOM, E.R.**
BLVD BERNARDO QUINTANA #4056
76150 QUERETARO MEXICO

**SIAM COMMERCIAL BANK PUBLIC COMPANY LIMITED**
CARD OPERATIONS DIVISION 1060 TOWER 2 11TH FL
NEW PHETCHABURI RD
RAJDHEVI BANGKOK 10400 THAILAND

**SOCIETE GENERALE S.A**
ATOS TELESERVICOS
ETABLISSEMENT DE VINEUIL BP 20004
VINEUIL CEDEX FRANCE 41354

**SUMITOMO MITSUI CARD COMPANY LIMITED**
1-2-20 KAIGAN
TOKYO JAPAN 105-8011

**TELLER A/S**
VISA CREDIT CARD DENMARK
BALLERUP DENMARK DK 2750

**THE BANK OF NOVA SCOTIA**
UNKNOWN

**TOYOTA FINANCE CORPORATION**
2-17-21 NISHIKI NAKA-KU
NAGOYA AICHI JAPAN 460-0003

10/04/2012

**Subject: DAZHEN ZHENG**

Sub-Total Financial Institutions
Bank Addresses

**UNICREDIT BANK CZECH REPUBLIC A.S.**
UNICREDIT BUSINESS PARTNER S.R.O.
VACLAVSKE NAMESTI 33
PRAGUE 1 CZECH REPUBLIC 1100

**UNICREDIT SPA**
VIA S PROTASO 3
20121 MILANO ITALY

**UNITED BANK FOR AFRICA PLC**
57 MARINA
UBA HOUSE VICTORIA ISLAND
LAGOS 23401 NIGERIA

**JCB CO LTD**
UNKNOWN

**VISA ICELAND**
VALITOR
LAUGAVEGUR 77
REYKJAVIK ICELAND 101

**WESTPACK BANKING CORPORATION**
PO BOX 41
AUBURN N.S.W. AUSTRALIA 1835

**YAPI VE KREDI BANKASI A.S.**
BANKACLIK USSU
GEBZE/KOCAELI TURKEY 41480

10/04/2012

| Dazhen Zheng | |
|---|---|
| American Express | 200 Vesey St., Manhattan, NY 10080 |
| Banco Santander | Paseo de Pereda, 9-12 39004- Santander Spain |
| Commonwealth Bank of Australia | Tower 1, 201 Sussex St., Sydney, NSW, Australia, 2000 |
| Emporiki Bank of Greece | 11 Sofokleous St., Athens, 102 35, Greece |
| Itau Unibanco S.A. | Praca Alfredo Egydio de Souza Aranha, 100 Torre C. 1 Andar, Sao Paulo 04344-902 Brazil |
| Nova Ljubljanska Banka D.C. | Trg Republike 2, 1520 Ljubljana, Slovenia |
| JCB (Japan Credit Bureau) | 5-1-22 Minami Aoyama, Minato-Ku, Tokyo 107-8686, Japan  or   6801 Hollywood Blvd., Suite 217, Los Angeles, CA 90028 |

11

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | Account | Financial Institution |
|------|------|-------|-------------|---------|----------------------|
| 11/09/10 | 1306 | $ 1,027.69 | ZHENG/DAZHEN | 37307 | AEON CREDIT SERVICE CO., LTD |
| 11/09/10 | 1315 | $ 1,185.38 | ZHENG/DAZHEN | 37307 | AEON CREDIT SERVICE CO., LTD |
| 11/09/10 | 1325 | $ 973.31 | ZHENG/DAZHEN | 37307 | AEON CREDIT SERVICE CO., LTD |
| 11/09/10 | 1332 | $ 1,082.06 | ZHENG/DAZHEN | 37307 | AEON CREDIT SERVICE CO., LTD |
| 11/09/10 | 1335 | $ 1,517.06 | ZHENG/DAZHEN | 37307 | AEON CREDIT SERVICE CO., LTD |
| | | $ 5,785.50 | | | **AEON CREDIT SERVICE CO., LTD Total** |
| 09/23/10 | 1458 | $ 1,033.13 | ZHENG/DAZHEN | 2004 | AMEX |
| 03/12/11 | 1546 | $ 1,082.06 | ZHENG/DAZHEN | 6601 | AMEX |
| | | $ 2,115.19 | | | **AMEX Total** |
| 04/20/11 | 1307 | $ 1,077.09 | ZHENG/DAZHEN | 96437 | AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED |
| | | $ 1,077.09 | | | **AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED  Total** |
| 07/14/11 | 1428 | $ 942.81 | ZHENG/DAZHEN | 47014 | BANCA SELLA HOLDING S.P.A. |
| 07/14/11 | 1432 | $ 851.23 | ZHENG/DAZHEN | 47014 | BANCA SELLA HOLDING S.P.A. |
| | | $ 1,794.04 | | | **BANCA SELLA HOLDING S.P.A. Total** |
| 07/26/11 | 1247 | $ 283.40 | ZHENG/DAZHEN | 51954 | BANCO BRADESCO S.A. |
| 07/27/11 | 1241 | $ 336.18 | ZHENG/DAZHEN | 25304 | BANCO BRADESCO S.A. |
| | | $ 619.58 | | | **BANCO BRADESCO S.A.  Total** |
| 12/06/10 | 1542 | $ 876.53 | ZHENG/DAZHEN | 97468 | BANCO DAVIVIENDA S.A. |
| 12/06/10 | 1600 | $ 871.09 | ZHENG/DAZHEN | 97468 | BANCO DAVIVIENDA S.A. |
| | | $ 1,747.62 | | | **BANCO DAVIVIENDA S.A. Total** |
| 02/26/11 | 1638 | $ 109.72 | ZHENG/DAZHEN | 19104 | BANCO DE COSTA RICA |
| 02/26/11 | 1640 | $ 98.74 | ZHENG/DAZHEN | 19104 | BANCO DE COSTA RICA |
| | | $ 208.46 | | | **BANCO DE COSTA RICA  Total** |
| 05/24/11 | 1148 | $ 957.00 | ZHENG/DAZHEN | 59176 | BANCO SANTANDER S.A. |
| 05/24/11 | 1309 | $ 138.11 | ZHENG/DAZHEN | 59176 | BANCO SANTANDER S.A. |
| | | $ 1,095.11 | | | **BANCO SANTANDER S.A. Total** |
| 07/20/10 | 1159 | $ 717.42 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| 07/20/10 | 1201 | $ 500.00 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| 07/20/10 | 1205 | $ 1,462.69 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| 07/20/10 | 1212 | $ 1,511.63 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| 07/20/10 | 1219 | $ 777.56 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| 07/20/10 | 1222 | $ 400.00 | ZHENG/DAZHEN | 25278 | BANCOLOMBIA S.A. |
| | | $ 5,369.30 | | | **BANCOLOMBIA S.A. Total** |

000121

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | | Total | Card Holder | | | Financial Institution |
|------|------|---|------|-------------|---|---|----------------------|
| 05/13/11 | 1320 | $ | 1,108.89 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1334 | $ | 1,802.63 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1343 | $ | 1,633.29 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1440 | $ | 1,059.73 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1455 | $ | 1,136.20 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1711 | $ | 1,089.53 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1720 | $ | 1,049.56 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 1856 | $ | 1,828.65 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 2001 | $ | 1,637.03 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| 05/13/11 | 2004 | $ | 793.88 | ZHENG/DAZHEN | | 0830 | BANK VTB24 (CJSC) |
| | | $ | 13,139.39 | | | | **BANK VTB24 (CJSC) Total** |
| 09/26/10 | 1144 | $ | 727.64 | ZHENG/DAZHEN | | 1512 | BANKA KOPER D.D |
| 09/26/10 | 1201 | $ | 1,152.38 | ZHENG/DAZHEN | | 1512 | BANKA KOPER D.D |
| | | $ | 1,880.02 | | | | **BANKA KOPER D.D Total** |
| 11/16/10 | 1942 | $ | 621.58 | ZHENG/DAZHEN | | 5006 | BARCLAYS BANK PLC |
| 11/14/10 | 1244 | $ | 976.78 | ZHENG/DAZHEN | | 4000 | BARCLAYS BANK PLC |
| | | $ | 1,598.36 | | | | **BARCLAYS BANK PLC Total** |
| 06/04/11 | 1452 | $ | 1,455.19 | ZHENG/DAZHEN | | 3900 | BBVA BANCOMER S.A |
| 06/04/11 | 1504 | $ | 854.44 | ZHENG/DAZHEN | | 3900 | BBVA BANCOMER S.A |
| | | $ | 2,309.63 | | | | **BBVA BANCOMER S.A Total** |
| 04/07/11 | 1432 | $ | 42.80 | ZHENG/DAZHEN | | 0440 | CHASE BANK USA, NATIONAL ASSOCIATION |
| 04/07/11 | 1438 | $ | 137.19 | ZHENG/DAZHEN | | 0440 | CHASE BANK USA, NATIONAL ASSOCIATION |
| | | $ | 179.99 | | | | **CHASE BANK USA, NATIONAL ASSOCIATION Total** |
| 08/11/11 | 1057 | $ | 711.15 | DAZHEN/ZHENG | | 6796 | CITIBANK N.A |
| 08/11/11 | 1105 | $ | 942.81 | DAZHEN/ZHENG | | 6796 | CITIBANK N.A |
| | | $ | 1,653.96 | | | | **CITIBANK N.A Total** |
| 10/23/10 | 1219 | $ | 1,421.26 | ZHENG/DAZHEN | | 0403 | CITIBANK N.A. |
| 10/23/10 | 1231 | $ | 1,437.73 | ZHENG/DAZHEN | | 0403 | CITIBANK N.A. |
| 10/23/10 | 1245 | $ | 1,443.21 | ZHENG/DAZHEN | | 0403 | CITIBANK N.A. |
| 10/23/10 | 1413 | $ | 1,492.60 | ZHENG/DAZHEN | | 0460 | CITIBANK N.A. |
| 10/23/10 | 1714 | $ | 1,470.65 | ZHENG/DAZHEN | | 1427 | CITIBANK N.A. |
| 10/23/10 | 1637 | $ | 1,371.88 | ZHENG/DAZHEN | | 2177 | CITIBANK N.A. |
| 10/23/10 | 1653 | $ | 1,388.34 | ZHENG/DAZHEN | | 2185 | CITIBANK N.A. |
| 10/23/10 | 1346 | $ | 1,421.26 | ZHENG/DAZHEN | | 3019 | CITIBANK N.A. |

14

000122

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | Account | Financial Institution |
|------|------|-------|-------------|---------|----------------------|
| | | $   11,446.93 | | | CITIBANK N.A. Total |
| 06/21/10 | 1159 | $   175.60 | ZHENG/DAZHEN | 7086 | COMMONWEALTH BANK OF AUSTRALIA |
| 10/18/10 | 1755 | $   1,026.95 | ZHENG/DAZHEN | 0204 | COMMONWEALTH BANK OF AUSTRALIA |
| 10/18/10 | 1805 | $   751.30 | ZHENG/DAZHEN | 0204 | COMMONWEALTH BANK OF AUSTRALIA |
| 10/18/10 | 1813 | $   735.08 | ZHENG/DAZHEN | 0204 | COMMONWEALTH BANK OF AUSTRALIA |
| 10/18/10 | 1821 | $   1,783.65 | ZHENG/DAZHEN | 0204 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/28/10 | 1833 | $   1,440.94 | ZHENG/DAZHEN | 4566 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/28/10 | 1846 | $   1,511.63 | ZHENG/DAZHEN | 4566 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/29/10 | 1510 | $   861.54 | ZHENG/DAZHEN | 4309 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/29/10 | 1515 | $   1,602.35 | ZHENG/DAZHEN | 4309 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/28/10 | 1825 | $   1,185.38 | ZHENG/DAZHEN | 0545 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/28/10 | 1828 | $   1,533.38 | ZHENG/DAZHEN | 0545 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/28/10 | 1416 | $   943.85 | ZHENG/DAZHEN | 1571 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/03/10 | 1218 | $   1,111.97 | ZHENG/DAZHEN | 8558 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/03/10 | 1224 | $   1,243.01 | ZHENG/DAZHEN | 8558 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1711 | $   570.94 | ZHENG/DAZHEN | 6567 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1241 | $   1,033.13 | ZHENG/DAZHEN | 4982 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1241 | $   1,408.31 | ZHENG/DAZHEN | 4982 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1736 | $   269.16 | ZHENG/DAZHEN | 9043 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1743 | $   755.81 | ZHENG/DAZHEN | 9043 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1854 | $   864.56 | ZHENG/DAZHEN | 9043 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1858 | $   973.31 | ZHENG/DAZHEN | 9043 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1908 | $   505.69 | ZHENG/DAZHEN | 9043 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/03/10 | 1239 | $   1,016.81 | ZHENG/DAZHEN | 4532 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/03/10 | 1247 | $   1,033.13 | ZHENG/DAZHEN | 4532 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1145 | $   913.50 | ZHENG/DAZHEN | 2569 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1157 | $   1,408.31 | ZHENG/DAZHEN | 2569 | COMMONWEALTH BANK OF AUSTRALIA |
| 07/02/10 | 1206 | $   1,761.75 | ZHENG/DAZHEN | 2569 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1141 | $   856.05 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1142 | $   500.00 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1147 | $   867.03 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1153 | $   779.23 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1155 | $   500.00 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1201 | $   1,163.35 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/13/10 | 1205 | $   1,152.38 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | | Financial Institution |
|------|------|-------|-------------|---|----------------------|
| 06/13/10 | 1211 | $ 300.00 | ZHENG/DAZHEN | 6582 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/18/10 | 1513 | $ 1,044.00 | ZHENG/DAZHEN | 8318 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/18/10 | 1521 | $ 1,163.63 | ZHENG/DAZHEN | 8318 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/18/10 | 1525 | $ 500.00 | ZHENG/DAZHEN | 8318 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/18/10 | 1528 | $ 2,055.38 | ZHENG/DAZHEN | 8318 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1228 | $ 1,525.53 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1239 | $ 1,026.16 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1242 | $ 120.73 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1243 | $ 500.00 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1244 | $ 300.00 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/15/10 | 1251 | $ 850.56 | ZHENG/DAZHEN | 5233 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/18/10 | 1603 | $ 1,141.88 | ZHENG/DAZHEN | 3115 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/19/10 | 1656 | $ 500.25 | ZHENG/DAZHEN | 5172 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/19/10 | 1657 | $ 500.00 | ZHENG/DAZHEN | 5172 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/19/10 | 1659 | $ 1,000.00 | ZHENG/DAZHEN | 5172 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/16/10 | 1338 | $ 592.69 | ZHENG/DAZHEN | 1122 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1349 | $ 1,070.06 | ZHENG/DAZHEN | 8856 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1351 | $ 500.00 | ZHENG/DAZHEN | 8856 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1402 | $ 1,662.71 | ZHENG/DAZHEN | 8872 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1421 | $ 312.68 | ZHENG/DAZHEN | 8872 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1422 | $ 872.51 | ZHENG/DAZHEN | 8872 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1423 | $ 300.00 | ZHENG/DAZHEN | 8872 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1425 | $ 300.00 | ZHENG/DAZHEN | 8872 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1625 | $ 1,082.06 | ZHENG/DAZHEN | 5307 | COMMONWEALTH BANK OF AUSTRALIA |
| 06/17/10 | 1631 | $ 1,332.19 | ZHENG/DAZHEN | 5307 | COMMONWEALTH BANK OF AUSTRALIA |
| | | $ 54,792.10 | | | **COMMONWEALTH BANK OF AUSTRALIA Total** |
| 09/26/10 | 1332 | $ 1,457.25 | ZHENG/DAZHEN | 3860 | CORNER BANCA S.A. |
| | | $ 1,457.25 | | | **CORNER BANCA S.A. Total** |
| 04/28/11 | 1321 | $ 1,468.13 | ZHENG/DAZHEN | 8101 | CREDIT SUISSE |
| 04/30/11 | 1520 | $ 4.20 | ZHENG/DAZHEN | 9072 | CREDIT SUISSE |
| 04/30/11 | 1532 | $ 137.81 | ZHENG/DAZHEN | 9072 | CREDIT SUISSE |
| 04/30/11 | 1535 | $ 115.76 | ZHENG/DAZHEN | 9072 | CREDIT SUISSE |
| | | $ 1,725.90 | | | **CREDIT SUISSE Total** |
| 11/13/10 | 1327 | $ 1,084.55 | ZHENG/DAZHEN | 1017 | CREDITO EMILIANO |
| 11/13/10 | 1330 | $ 1,411.55 | ZHENG/DAZHEN | 1017 | CREDITO EMILIANO |

16

000124

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | | | Financial Institution |
|------|------|-------|-------------|--|--|------------------------|
| 11/13/10 | 1345 | $ 1,024.60 | ZHENG/DAZHEN | | 1017 | CREDITO EMILIANO |
| 11/13/10 | 1347 | $ 1,000.00 | ZHENG/DAZHEN | | 1017 | CREDITO EMILIANO |
| 11/13/10 | 1541 | $ 1,288.69 | ZHENG/DAZHEN | | 1017 | CREDITO EMILIANO |
| | | $ 5,809.39 | | | | **CREDITO EMILIANO Total** |
| 07/17/10 | 1156 | $ 888.98 | ZHENG/DAZHEN | | 2524 | DANSKE BANK A/S |
| 07/20/10 | 1140 | $ 907.95 | ZHENG/DAZHEN | | 0222 | DANSKE BANK A/S |
| | | $ 1,796.93 | | | | **DANSKE BANK A/S Total** |
| 10/15/10 | 1433 | $ 962.44 | ZHENG/DAZHEN | | 3824 | DEUTSCHE BANK S.P.A. |
| 10/15/10 | 1450 | $ 1,082.06 | ZHENG/DAZHEN | | 3824 | DEUTSCHE BANK S.P.A. |
| 10/15/10 | 1459 | $ 1,082.06 | ZHENG/DAZHEN | | 3824 | DEUTSCHE BANK S.P.A. |
| 10/15/10 | 1506 | $ 1,033.13 | ZHENG/DAZHEN | | 3824 | DEUTSCHE BANK S.P.A. |
| 10/15/10 | 1620 | $ 973.31 | ZHENG/DAZHEN | | 3824 | DEUTSCHE BANK S.P.A. |
| | | $ 5,133.00 | | | | **DEUTSCHE BANK S.P.A. Total** |
| 09/22/10 | 1524 | $ 598.69 | ZHENG/DAZHEN | | 4691 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1531 | $ 603.63 | ZHENG/DAZHEN | | 4691 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1534 | $ 636.55 | ZHENG/DAZHEN | | 4691 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1313 | $ 570.70 | ZHENG/DAZHEN | | 7850 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1328 | $ 587.11 | ZHENG/DAZHEN | | 7850 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1350 | $ 623.38 | ZHENG/DAZHEN | | 7850 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1511 | $ 598.69 | ZHENG/DAZHEN | | 9385 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1517 | $ 559.73 | ZHENG/DAZHEN | | 9385 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1518 | $ 636.55 | ZHENG/DAZHEN | | 9385 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| 09/22/10 | 1302 | $ 636.55 | ZHENG/DAZHEN | | 9856 | DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT |
| | | $ 6,051.58 | | | | **DEUTSCHE KREDITBANK AKTIENGESELLSCHAFT Total** |
| 08/12/10 | 1844 | $ 1,311.51 | ZHENG/DAZHEN | | 2228 | DISCOVER FINANCIAL SERVICES LLC |
| | | $ 1,311.51 | | | | **DISCOVER FINANCIAL SERVICES LLC Total** |
| 10/16/11 | 1812 | $ 271.88 | ZHENG/DAZHEN | | 4680 | EMPORIKI BANK OF GREECE S.A |
| | | $ 271.88 | | | | **EMPORIKI BANK OF GREECE S.A Total** |
| 05/11/11 | 1728 | $ 275.63 | ZHENG/DAZHEN | | 8331 | EURO KARTENSYSTEME GMBH |
| 05/11/11 | 1731 | $ 82.69 | ZHENG/DAZHEN | | 8331 | EURO KARTENSYSTEME GMBH |
| 05/11/11 | 1801 | $ 275.63 | ZHENG/DAZHEN | | 8331 | EURO KARTENSYSTEME GMBH |
| | | $ 633.95 | | | | **EURO KARTENSYSTEME GMBH Total** |
| 06/13/10 | 1108 | $ 625.58 | ZHENG/DAZHEN | | 3637 | EUROPAY FRANCE SAS |
| 05/24/11 | 1137 | $ 1,321.31 | ZHENG/DAZHEN | | 8558 | EUROPAY FRANCE SAS |
| | | $ 1,946.89 | | | | **EUROPAY FRANCE SAS Total** |

17

000125

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | | Total | Card Holder | | | Financial Institution |
|------|------|---|-------|-------------|---|---|-----------------------|
| 05/31/11 | 1506 | $ | 1,141.88 | ZHENG/DAZHEN | | 7754 | FINANSBANK A.S. |
| | | $ | 1,141.88 | | | | **FINANSBANK A.S. Total** |
| 08/12/10 | 1719 | $ | 932.88 | ZHENG/DAZHEN | | 9959 | GE MONEY BANK |
| | | $ | 932.88 | | | | **GE MONEY BANK Total** |
| 10/15/10 | 1423 | $ | 870.00 | ZHENG/DAZHEN | | 1235 | HSBC BANK BRASIL S.A. - BANCO MULTIPLO |
| | | $ | 870.00 | | | | **HSBC BANK BRASIL S.A. - BANCO MULTIPLO Total** |
| 09/28/10 | 1500 | $ | 784.71 | ZHENG/DAZHEN | | 3651 | INTERNATIONAL CARD SERVICES B.V |
| | | $ | 784.71 | | | | **INTERNATIONAL CARD SERVICES B.V Total** |
| 09/23/11 | 1358 | $ | 117.98 | ZHENG/DAZHEN | | 5028 | INVESTEC BANK LIMITIED |
| | | $ | 117.98 | | | | **INVESTEC BANK LIMITIED Total** |
| 08/26/11 | 1502 | $ | 554.91 | ZHENG/DAZHEN | | 0921 | ITAU UNIBANCO S.A. |
| 08/26/11 | 1403 | $ | 861.87 | ZHENG/DAZHEN | | 0169 | ITAU UNIBANCO S.A. |
| 08/25/11 | 1554 | $ | 620.96 | ZHENG/DAZHEN | | 8591 | ITAU UNIBANCO S.A. |
| | | $ | 2,037.74 | | | | **ITAU UNIBANCO S.A. Total** |
| 05/09/11 | 1525 | $ | 946.13 | ZHENG/DAZHEN | | 4209 | J P MORGAN EUROPE LTD |
| 05/16/11 | 1244 | $ | 772.13 | ZHENG/DAZHEN | | 3251 | J P MORGAN EUROPE LTD |
| | | $ | 1,718.26 | | | | **J P MORGAN EUROPE LTD Total** |
| 09/19/10 | 1447 | $ | 1,576.88 | ZHENG/DAZHEN | | 7901 | JACCS COMPANY, LIMITED |
| 09/19/10 | 1505 | $ | 1,604.06 | ZHENG/DAZHEN | | 7901 | JACCS COMPANY, LIMITED |
| | | $ | 3,180.94 | | | | **JACCS COMPANY, LIMITED  Total** |
| 08/15/10 | 1216 | $ | 942.81 | ZHENG/DAZHEN | | 6230 | LA BANQUE POSTALE |
| | | $ | 942.81 | | | | **LA BANQUE POSTALE  Total** |
| 03/04/11 | 1151 | $ | 746.03 | ZHENG/DAZHEN | | 1007 | MASTERCAJAS S.A. |
| 03/04/11 | 1211 | $ | 562.24 | ZHENG/DAZHEN | | 1007 | MASTERCAJAS S.A. |
| | | $ | 1,308.27 | | | | **MASTERCAJAS S.A. Total** |
| 11/16/10 | 1934 | $ | 940.47 | ZHENG/DZHEN | | 2234 | MBNA EUROPE BANK LIMITED |
| 11/14/10 | 1329 | $ | 928.49 | ZHENG/DAZHEN | | 7001 | MBNA EUROPE BANK LIMITED |
| 11/14/10 | 1339 | $ | 1,009.70 | ZHENG/DAZHEN | | 7001 | MBNA EUROPE BANK LIMITED |
| 11/14/10 | 1556 | $ | 1,113.96 | ZHENG/DAZHEN | | 3778 | MBNA EUROPE BANK LIMITED |
| 11/14/10 | 1605 | $ | 1,042.63 | ZHENG/DAZHEN | | 3778 | MBNA EUROPE BANK LIMITED |
| | | $ | 5,035.25 | | | | **MBNA EUROPE BANK LIMITED  Total** |
| 09/26/10 | 1207 | $ | 1,618.81 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |
| 09/26/10 | 1212 | $ | 1,092.01 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |
| 09/26/10 | 1222 | $ | 1,000.00 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |
| 09/26/10 | 1235 | $ | 1,070.06 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |

18

000126

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | | Total | Card Holder | | | Financial Institution |
|------|------|---|-------|-------------|---|---|----------------------|
| 09/26/10 | 1319 | $ | 1,484.44 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |
| 09/26/10 | 1324 | $ | 1,854.19 | ZHENG/DAZHEN | | 7000 | MITSUBISHI UFJ NICOS CO., LTD |
| 11/09/10 | 1811 | $ | 1,004.21 | ZHENG/DAZHEN | | 5968 | MITSUBISHI UFJ NICOS CO., LTD |
| 05/25/11 | 1309 | $ | 946.13 | ZHENG/DAZHEN | | 1057 | MITSUBISHI UFJ NICOS CO., LTD |
| | | $ | 10,069.85 | | | | **MITSUBISHI UFJ NICOS CO., LTD  Total** |
| 10/16/11 | 1802 | $ | 29.36 | ZHENG/DAZHEN | | 4371 | NLB TUTUNSKA BANKA A.D. SKOPJE |
| 10/16/11 | 1805 | $ | 138.11 | ZHENG/DAZHEN | | 4371 | NLB TUTUNSKA BANKA A.D. SKOPJE |
| 10/16/11 | 1809 | $ | 271.88 | ZHENG/DAZHEN | | 4371 | NLB TUTUNSKA BANKA A.D. SKOPJE |
| | | $ | 439.35 | | | | **NLB TUTUNSKA BANKA A.D. SKOPJE  Total** |
| 09/26/10 | 1422 | $ | 1,440.94 | ZHENG/DAZHEN | | 5236 | NOVA LJUBLJANSKA BANKA D.D. |
| | | $ | 1,440.94 | | | | **NOVA LJUBLJANSKA BANKA D.D. Total** |
| 05/25/11 | 1305 | $ | 1,446.38 | ZHENG/DAZHEN | | 3501 | SANTANDER CONSUMO, S.A. DE C.V. SOFOM, E.R. |
| 05/25/11 | 1428 | $ | 828.68 | ZHENG/DAZHEN | | 3501 | SANTANDER CONSUMO, S.A. DE C.V. SOFOM, E.R. |
| | | $ | 2,275.06 | | | | **SANTANDER CONSUMO, S.A. DE C.V. SOFOM, E.R. Total** |
| 11/14/10 | 1246 | $ | 428.03 | ZHENG/DAZHEN | | 3758 | SIAM COMMERCIAL BANK PUBLIC COMPANY LIMITED |
| | | $ | 428.03 | | | | **SIAM COMMERCIAL BANK PUBLIC COMPANY LIMITED Total** |
| 06/13/10 | 1119 | $ | 1,415.78 | ZHENG/DAZHEN | | 9956 | SOCIETE GENERALE S.A |
| | | $ | 1,415.78 | | | | **SOCIETE GENERALE S.A Total** |
| 09/20/10 | 1319 | $ | 992.14 | ZHENG/DAZHEN | | 4315 | SUMITOMO MITSUI CARD COMPANY LIMITED |
| 09/20/10 | 1320 | $ | 500.00 | ZHENG/DAZHEN | | 4315 | SUMITOMO MITSUI CARD COMPANY LIMITED |
| | | $ | 1,492.14 | | | | **SUMITOMO MITSUI CARD COMPANY LIMITED  Total** |
| 07/17/10 | 1203 | $ | 921.90 | ZHENG/DAZHEN | | 0996 | TELLER A/S |
| 05/09/11 | 1711 | $ | 1,353.94 | ZHENG/DAZHEN | | 5157 | TELLER A/S |
| | | $ | 2,275.84 | | | | **TELLER A/S Total** |
| 04/13/11 | 1444 | $ | 973.31 | ZHENG/DAZHEN | | 6059 | THE BANK OF NOVA SCOTIA |
| 04/13/11 | 1449 | $ | 1,065.75 | ZHENG/DAZHEN | | 6059 | THE BANK OF NOVA SCOTIA |
| | | $ | 2,039.06 | | | | **THE BANK OF NOVA SCOTIA  Total** |
| 11/13/10 | 1617 | $ | 1,000.50 | ZHENG/DAZHEN | | 9675 | TOYOTA FINANCE CORPORATION |
| | | $ | 1,000.50 | | | | **TOYOTA FINANCE CORPORATION  Total** |
| 11/09/10 | 1349 | $ | 1,511.63 | ZHENG/DAZHEN | | 1028 | UC CARD CO., LTD |
| | | $ | 1,511.63 | | | | **UC CARD CO., LTD Total** |
| 09/19/10 | 1220 | $ | 1,026.16 | ZHENG/DAZHEN | | 2003 | UC CARD CO., LTD. |
| 09/19/10 | 1221 | $ | 300.00 | ZHENG/DAZHEN | | 2003 | UC CARD CO., LTD. |
| 09/19/10 | 1229 | $ | 1,481.63 | ZHENG/DAZHEN | | 2003 | UC CARD CO., LTD. |
| 09/19/10 | 1245 | $ | 680.45 | ZHENG/DAZHEN | | 2003 | UC CARD CO., LTD. |

19

000127

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | | | Financial Institution |
|------|------|-------|-------------|---|---|-----------------------|
| 09/19/10 | 1247 | $ 500.00 | ZHENG/DAZHEN | | 2003 | UC CARD CO., LTD. |
| | | $ 3,988.24 | | | | UC CARD CO., LTD. Total |
| 09/26/10 | 1527 | $ 1,401.79 | ZHENG/DAZHEN | | 5826 | UNICREDIT BANK CZECH REPUBLIC A.S. |
| | | $ 1,401.79 | | | | UNICREDIT BANK CZECH REPUBLIC A.S. Total |
| 08/15/11 | 1220 | $ 1,120.60 | ZHENG/DAZHEN | | 4852 | UNICREDIT SPA |
| 08/15/11 | 1325 | $ 549.53 | ZHENG/DAZHEN | | 4852 | UNICREDIT SPA |
| | | $ 1,670.13 | | | | UNICREDIT SPA  Total |
| 06/25/10 | 1344 | $ 532.29 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1350 | $ 565.21 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1931 | $ 576.19 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1352 | $ 526.80 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1355 | $ 642.04 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1401 | $ 581.68 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1405 | $ 565.21 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1410 | $ 647.53 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1420 | $ 565.21 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1132 | $ 535.03 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1136 | $ 504.85 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/25/10 | 1143 | $ 554.24 | ZHENG/DAZHENG | | 2290 | UNITED BANK FOR AFRICA PLC |
| 06/26/10 | 1737 | $ 581.68 | ZHENG/DAZHEN | | 8008 | UNITED BANK FOR AFRICA PLC |
| 06/26/10 | 1746 | $ 570.70 | ZHENG/DAZHEN | | 8008 | UNITED BANK FOR AFRICA PLC |
| 06/26/10 | 1748 | $ 636.55 | ZHENG/DAZHEN | | 8008 | UNITED BANK FOR AFRICA PLC |
| | | $ 8,585.21 | | | | UNITED BANK FOR AFRICA PLC  Total |
| 12/18/10 | 1353 | $ 1,525.53 | ZHENG/DAZHEN | | 4009 | JCB CO LTD |
| 12/17/10 | 1923 | $ 1,167.43 | ZHENG/DAZHEN | | 1002 | JCB CO LTD |
| 12/17/10 | 1936 | $ 1,226.70 | ZHENG/DAZHEN | | 1002 | JCB CO LTD |
| 12/18/10 | 2035 | $ 1,017.38 | ZHENG/DAZHEN | | 1002 | JCB CO LTD |
| 12/18/10 | 2046 | $ 1,004.21 | ZHENG/DAZHEN | | 1002 | JCB CO LTD |
| 12/18/10 | 2053 | $ 1,092.01 | ZHENG/DAZHEN | | 1002 | JCB CO LTD |
| 12/19/10 | 2228 | $ (1,092.01) | | | 1002 | JCB CO LTD |
| 12/17/10 | 1558 | $ 1,081.52 | ZHENG/DAZHEN | | 4008 | JCB CO LTD |
| 12/17/10 | 1608 | $ 1,151.12 | ZHENG/DAZHEN | | 4008 | JCB CO LTD |
| 12/17/10 | 1307 | $ 1,402.88 | ZHENG/DAZHEN | | 3004 | JCB CO LTD |
| 12/17/10 | 1314 | $ 1,511.63 | ZHENG/DAZHEN | | 3004 | JCB CO LTD |
| | | $ 11,088.40 | | | | JCB CO LTD Total |

MP Case 403-769-172268-S
Case Agent Ryan Shaddick

Worksheet Prepared on August 22, 2012

20

000128

## SubTotal by BANK Dazhen Zheng

| Date | Time | Total | Card Holder | | Financial Institution |
|------|------|-------|-------------|---|---------------------|
| 11/13/10 | 1607 | $ 1,386.56 | ZHENG/DAZHEN |  5222 | VISA ICELAND |
| | | $ 1,386.56 | | | VISA ICELAND Total |
| 11/13/10 | 1545 | $ 1,054.88 | ZHENG/DAZHEN | 0291 | WESTPACK BANKING CORPORATION |
| | | $ 1,054.88 | | | WESTPACK BANKING CORPORATION Total |
| 05/31/11 | 1547 | $ 581.81 | ZHENG/DAZHEN | 9807 | YAPI VE KREDI BANKASI A.S. |
| | | $ 581.81 | | | YAPI VE KREDI BANKASI A.S. Total |
| | | $ 205,166.47 | | | Grand Total |

21

000129